

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00436-CV

**IN THE INTEREST OF B.E.R.**, a Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-02261
Honorable Tina Torres, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is **dismissed for want of prosecution.** Costs of court for this appeal are taxed against Appellant Richelle Allena Kirkwood.

SIGNED November 30, 2022.

_____
Patricia O. Alvarez, Justice